# Exhibit 2

Non-Method Claim: 1

| US9001581 | Durabook S15 Rugged Laptop (“The accused product”) |
| --- | --- |
| 1. A semiconductor memory device comprising: | The accused product discloses a semiconductor memory device (e.g., the accused product).<br><br>As shown below, the accused product includes an SSD (semiconductor memory) based on BICS5.<br><br><br><br>https://www.durabook.com/us/products/s15-semi-rugged-laptop/ |




Durabook S15ABG2
UDinfo HF3-25UB HF325UB256GBA2P

Primary 2.5-inch SATA III bay

https://www.notebookcheck.net/Durabook-S15AB-Rugged-Laptop-Review.462931.0.html

# What is a solid-state drive?

A solid-state drive (SSD) is a semiconductor-based storage device, which typically uses NAND flash memory to save persistent data. Solid-state technology is transforming the storage with high speed flash memory.

https://www.ibm.com/think/topics/solid-state-drives

<table>
<tr><td></td><td>

- 3D Bics5: 128GB up to 1TB
- **SATA Interface**
  - SATA Revision 3.2
  - SATA 1.5Gbps, 3Gbps, and 6Gbps interface
- **Flash Interface**
  - Flash Type: SLC, MLC, 3D Bics3/4/5
- **Performance**
  - SMART
  - Over-Provision
- **Power Consumption**[Note1]
  - Active mode: < 2,650 mW
  - Idle mode: < 330 mW
- **Low Power Management**
  - DIPM/HIPM Mode
  - DEVSLP Mode (Optional)

https://www.udinfo-tech.com/assets/Uploads/Datasheet/SATA/SATA-2-5/DS_HF3-25UB_V3.1.pdf

- **3D Bics5:**

| Capacity | Flash Structure | Flash Type | Sequential | |
|---|---|---|---|---|
| | | | Read (MB/s) | Write (MB/s) |
| 120GB/128GB | 128GB x 1 | Bics5, BGA | 330 | 230 |
| 240GB/256GB | 128GB x 2 | Bics5, BGA | 550 | 460 |
| | 256GB x 1 | Bics5, BGA | 330 | 460 |
| 480GB/512GB | 256GB x 2 | Bics5, BGA | 550 | 490 |
| 906GB/1TB | 256GB x 4 | Bics5, BGA | 540 | 490 |

https://www.udinfo-tech.com/assets/Uploads/Datasheet/SATA/SATA-2-5/DS_HF3-25UB_V3.1.pdf

</td></tr>
<tr><td>a plurality of semiconductor memory cells;</td><td>The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).</td></tr>
</table>

As shown below, the SSD of the accused product is based on BICS5 and uses TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 256GB, depending on the model.




https://www.notebookcheck.net/Durabook-S15AB-Rugged-Laptop-Review.462931.0.html

HF3-25UB$X^8X^9X^{10}X^{11}X^{12}X^{13}X^{14}X^{15}X^{16}X^{17}$

| $X^1X^2X^3$ | $X^4X^5$ | $X^6X^7$ | $X^8$ $X^9$ $X^{10}$ $X^{11}$ $X^{12}$ | | $X^{13}$ | $X^{14}$ | $X^{15}$ | $X^{16}X^{17}$ |
|---|---|---|---|---|---|---|---|---|
| | | | | | C: SLC Standard (0ºC ~ +70ºC) | | | |
| | | | 002GB | 120GB | I: SLC Industrial (-40ºC ~ +85ºC) | | | |
| | | | 004GB | 128GB | K: MLC Standard (0ºC ~ +70ºC) | | | |
| | | | 008GB | 240GB | M: MLC Industrial (-40ºC ~ +85ºC) | | | |
| | | | 016GB | 256GB | P: pSLC Standard (0ºC ~ +70ºC) | | | |
| HF3 | 25 | UB | 030GB | 480GB | F: pSLC Industrial (-40ºC ~ +85ºC) | 2 | P | blank |
| | | | 032GB | 512GB | A: 3D TLC Standard (0ºC ~ +70ºC) — memory cell | | | |
| | | | 060GB | 960GB | B: 3D TLC Industrial (-40ºC ~ +85ºC) | | | |
| | | | 064GB | 001TB | V: 3D pSLC Standard (0ºC ~ +70ºC) | | | |
| | | | | | W: 3D pSLC Industrial (-40ºC ~ +85ºC) | | | |

https://www.udinfo-tech.com/assets/Uploads/Datasheet/SATA/SATA-2-5/DS_HF3-25UB_V3.1.pdf

Fifth-generation BiCS FLASH™ was developed jointly with technology and manufacturing partner Western Digital Corporation. It will be manufactured at Kioxia's Yokkaichi Plant and the newly built Kitakami Plant.

https://apac.kioxia.com/en-apac/business/news/2020/20200131-1.html

| | |
|---|---|
| | <br>*Figure 10: The BiCS Scaling March*<br>https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf |

| | |
|---|---|
| | <br>*Figure 9: 3D NAND Architecture*<br>https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf |

| | |
|---|---|
| | **What is TLC flash (triple-level cell flash)?**<br><br>TLC flash (triple-level cell flash) is a type of NAND flash memory that stores three bits of data per cell. TLC is also known as multi-level cell-3 (MLC-3), 3-bit MLC and X3.<br><br>Common use cases for TLC flash include enterprise-and consumer-grade solid-state drives (SSDs), storage cards in digital cameras and mobile phones, and USB drives. TLC flash offers a lower price per gigabyte than single-level cell (SLC) and MLC flash that typically stores two bits of data per cell. However, it's more expensive than quad-level cell (QLC) flash, which stores four bits of data per cell.<br><br>https://www.techtarget.com/searchstorage/definition/TLC-flash-triple-level-cell-flash |
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the SSD of the accused product is based on BICS5 that uses a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells. |

| | |
|---|---|
| | <br>https://www.notebookcheck.net/Durabook-S15AB-Rugged-Laptop-Review.462931.0.html |

HF3-25UB$X^8X^9X^{10}X^{11}X^{12}X^{13}X^{14}X^{15}X^{16}X^{17}$

| $X^1X^2X^3$ | $X^4X^5$ | $X^6X^7$ | $X^8$ $X^9$ $X^{10}$ $X^{11}$ $X^{12}$ | | $X^{13}$ | $X^{14}$ | $X^{15}$ | $X^{16}X^{17}$ |
|---|---|---|---|---|---|---|---|---|
| HF3 | 25 | UB | 002GB<br>004GB<br>008GB<br>016GB<br>030GB<br>032GB<br>060GB<br>064GB | 120GB<br>128GB<br>240GB<br>256GB<br>480GB<br>512GB<br>960GB<br>001TB | C: SLC Standard (0ºC ~ +70ºC)<br>I: SLC Industrial (-40ºC ~ +85ºC)<br>K: MLC Standard (0ºC ~ +70ºC)<br>M: MLC Industrial (-40ºC ~ +85ºC)<br>P: pSLC Standard (0ºC ~ +70ºC)<br>F: pSLC Industrial (-40ºC ~ +85ºC)<br>A: 3D TLC Standard (0ºC ~ +70ºC) — memory cell<br>B: 3D TLC Industrial (-40ºC ~ +85ºC)<br>V: 3D pSLC Standard (0ºC ~ +70ºC)<br>W: 3D pSLC Industrial (-40ºC ~ +85ºC) | 2 | P | blank |

https://www.udinfo-tech.com/assets/Uploads/Datasheet/SATA/SATA-2-5/DS_HF3-25UB_V3.1.pdf

| | |
|---|---|
| | <br>*Figure 10: The BiCS Scaling March*<br>https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf |

| | |
|---|---|
| | <br>*Figure 9: 3D NAND Architecture*<br>https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product discloses a memory device (e.g., SSD of the accused product), said memory device (e.g., SSD of the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the SSD of the accused product is based on BICS5 and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

| | |
|---|---|
| | <br>https://www.notebookcheck.net/Durabook-S15AB-Rugged-Laptop-Review.462931.0.html |

HF3-25UB$X^8X^9X^{10}X^{11}X^{12}X^{13}X^{14}X^{15}X^{16}X^{17}$

| $X^1X^2X^3$ | $X^4X^5$ | $X^6X^7$ | $X^8$ $X^9$ $X^{10}$ $X^{11}$ $X^{12}$ | | $X^{13}$ | $X^{14}$ | $X^{15}$ | $X^{16}X^{17}$ |
|---|---|---|---|---|---|---|---|---|
| HF3 | 25 | UB | 002GB<br>004GB<br>008GB<br>016GB<br>030GB<br>032GB<br>060GB<br>064GB | 120GB<br>128GB<br>240GB<br>256GB<br>480GB<br>512GB<br>960GB<br>001TB | C: SLC Standard (0ºC ~ +70ºC)<br>I: SLC Industrial (-40ºC ~ +85ºC)<br>K: MLC Standard (0ºC ~ +70ºC)<br>M: MLC Industrial (-40ºC ~ +85ºC)<br>P: pSLC Standard (0ºC ~ +70ºC)<br>F: pSLC Industrial (-40ºC ~ +85ºC)<br>A: 3D TLC Standard (0ºC ~ +70ºC) — memory cell<br>B: 3D TLC Industrial (-40ºC ~ +85ºC)<br>V: 3D pSLC Standard (0ºC ~ +70ºC)<br>W: 3D pSLC Industrial (-40ºC ~ +85ºC) | 2 | P | blank |

https://www.udinfo-tech.com/assets/Uploads/Datasheet/SATA/SATA-2-5/DS_HF3-25UB_V3.1.pdf




https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf

There are several features in Western Digital's 3D NAND technology that differentiate it from others. First of all, Charge Trap Layer (CTL) technology is used instead of Floating Gate (FG) which simplifies the architecture as well as the manufacturing process, and improves reliability. The non-conductive CTL acts as an insulator, reducing the number of errors while increasing reliability margins, overcoming the drawbacks associated with the conductive floating gate technology used in 2D NAND. Figure 6 shows a cross-section of a 3D NAND memory cell.

The combination of the CTL, along with relaxed design rules in the X-Y dimension (enabling larger cell critical dimensions), allow for more electrons to be stored in the larger 3D NAND cell. Its optimized circular cell design improves performance as well as the number of Program/Erase cycles, which in turn, improves endurance and allows for more Terabytes Written (TBW) over a longer period of time.

injecting charge

| | |
|---|---|
| | https://documents.westerndigital.com/content/dam/doc-library/en_us/assets/public/p/collateral/white-paper/tech-brief-3d-nand.pdf |